UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | Case Nos.: CR02-299Z |
| ) | |
|     v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| RICHARD MERVYN WEISS, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
|     Defendant. ) | |
| _____ ) | |

    An initial probation revocation hearing on a supervised release violations in this case was scheduled before the undersigned Magistrate Judge on April 28, 2005. The United States was represented by Assistant United States Attorney Norman M. Barbosa, and the defendant by Ms. Nancy Tenney. The proceedings were recorded on cassette tape.

    The defendant had been sentenced on or about January 24, 2003, by the Honorable Thomas S. Zilly on charges of felony theft of public money in violation of 18 U.S.C. § 641. The defendant was sentenced to three years' probation subject to the conditions of supervised release.

    The conditions of supervised release included the requirement that the defendant comply with all local, state, and federal laws, and with the standard conditions.

    In a Violation Report and Request for Warrant dated April 19, 2005, U.S. Probation Officer Steven R. Gregoryk asserted the following violations of the conditions of supervised

release:

(1) Consuming alcohol on or about April 12, 2005, in violation of the special condition of supervision requiring the defendant to abstain from the use of alcohol.

(2) Failing to participate in a substance-abuse treatment program as directed by the Probation Officer, in violation of the special condition of supervision requiring the defendant to participate in an approved program for the treatment of narcotic addiction or drug dependancy.

The defendant admitted to violation No. 1 and waived any evidentiary hearing as to whether they occurred. The defendant denied alleged violation No. 2 and asked for an evidentiary hearing before the Honorable Thomas S. Zilly on violation No. 2.

I therefore recommend that the Court find the defendant violated his supervised release as to the first violation and that the Court conduct an evidentiary hearing as to the second alleged violation and disposition, if appropriate, and a hearing limited to disposition on the first violation.

An evidentiary hearing on alleged violation No. 2 and a disposition hearing are set before the Honorable Thomas S. Zilly on May 12, 2005, at 2:30 p.m. Pending a final determination by the Court, the defendant has been detained.

DATED this 29th day of April, 2005.

/s/ JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Thomas S. Zilly
    AUSA:                  Mr. Norman M. Barbosa
    Defendant's attorney:  Ms. Nancy Tenney
    Probation officer:     Mr. Brian H. Rogers
                           Ms. Jennifer Tien